UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOBOYD U. GIBSON,
No. 10999-042,

      Petitioner,

v.

WARDEN LILLARD,

      Respondent.

Case No. 25-cv-00997-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Joboyd Gibson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is denied, that judgment is entered in favor of Respondent Warden Lillard and against Petitioner Joboyd Gibson, and that this case is dismissed without prejudice.

**DATED: January 5, 2026**　　　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　s/Tina Gray, Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**United States District Judge**